IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00379-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JUAN CARLOS MALDONADO-ZAMORA,

 Defendant.

---

## ORDER

---

 Upon petition of the United States and for good cause shown,

 IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before this Court for hearing on August 12, 2009, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

 SO ORDERED this _____10th_____ day of July, 2009.

      ___s/Lewis T. Babcock_____
      Lewis T. Babcock
      United States District Judge